**HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DYLON DYKSTRA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE SHIELD CO. MANAGEMENT, LLC dba ECOSHIELD MANAGEMENT CO., LLC, an Arizona limited liability company; and DOES 1-20,<br><br>　　　　　　　　　　Defendants. | NO. 2:23-cv-01908<br><br>**STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff Dylon Dykstra ("Plaintiff") may file the Proposed First Amended Complaint, a copy of which is attached hereto, with amendments in bold, and that such complaint shall be deemed filed and served as of the date of the filing of this Stipulation.

WHEREAS the parties met and conferred about the amending the Complaint for Plaintiff;

WHEREAS Defendant Ecoshield Pest Solutions Seattle, LLC ("Defendant") agreed to

STIPULATION FOR AMENDMENT OF COMPLAINT - Page 1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
(206) 682-2308

FP 49054890.3

stipulate to Plaintiff amending the Complaint to replace Defendant, who is not the employer for Plaintiff or any of the putative class members, with The Shield Co. Management, LLC dba Ecoshield Management Co., LLC;

WHEREAS the proposed First Amended Complaint is attached hereto as Exhibit A;

IT IS FURTHER STIPULATED that The Shield Co. Management, LLC dba Ecoshield Management Co., LLC may file its Answer to the First Amended Complaint within 30 days from the date of the filing of this Stipulation.

**IT IS SO STIPULATED:**

Dated: February 7, 2024.     **EMERY REDDY, PLLC**

By: /s/ Timothy W. Emery
By: /s/ Patrick B. Reddy
By: /s/ Paul Cipriani
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Attorneys for Plaintiff Dylon Dykstra

Dated: February 7, 2024.     **FISHER & PHILLIPS LLP**

By: /s/ Matthew J. Macario
By: /s/ Sieu K. Che
Matthew J. Macario, WSBA #26522
Sieu K. Che, WSBA #40422
Attorneys for Defendant Ecoshield Pest Solutions Seattle, LLC

**IT IS SO ORDERED:**

Dated: February 8, 2024.

MARSHA J. PECHMAN
United States Senior District Judge

STIPULATION FOR AMENDMENT OF COMPLAINT - Page 2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
(206) 682-2308

FP 49054890.3