UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DYLON DYKSTRA,<br><br>                     Plaintiff,<br><br>    v.<br><br>THE SHIELD CO. MANAGEMENT, LLC, and DOES 1-20,<br><br>                     Defendants. | CASE NO. C23-1908 MJP<br><br>ORDER GRANTING MOTION TO STAY |

This matter comes before the Court on the Parties' Stipulated Motion and Request to Stay. (Dkt. No. 15.) Having reviewed the Motion, the Court GRANTS the requested stay of the initial case deadlines. The Parties shall file a Joint Status Report by May 13, 2024, updating the Court as to any resolution of this case. If the Parties have not resolved the case, the Court will reset the initial case deadlines and deadline for filing a Joint Status Report as required by Rule 26(f).

\\

\\

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated March 12, 2024.

Marsha J. Pechman
United States Senior District Judge