UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DYLON DYKSTRA, | CASE NO. C23-1908 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE SHIELD CO. MANAGEMENT, LLC, and DOES 1-20, | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

As part of its order staying the initial case deadlines, the Court ordered the Parties to file a joint status report by May 13, 2024, updating the Court on the status of efforts to resolve the claims alleged in this action. (Dkt. No. 16.) On May 13, 2024, Defendant The Shield Co. Management LLC alone filed a status report asking for additional time and to continue the stay to "early" September 2024. (Dkt. No. 20.) Plaintiff did participate in the filing, and Plaintiff

MINUTE ORDER - 1

failed to comply with the Court's order to file a joint status report. The Court ORDERS Plaintiff to file a response to Defendant's status report and indicate whether or not he consents to the requested stay. If Plaintiff so consents, the Court will extend the stay. If the Court extends the stay, no further extension will be granted. Plaintiff must file his response by June 14, 2024. If Plaintiff fails to respond to this Order, the Court may dismiss this matter for failure to prosecute.

The Court further ORDERS Plaintiff to indicate in his filing whether he believes any stay in this matter should apply to the other litigation he has commenced against the same Defendant: Dykstra v. The Shield Co. Management, LLC, et al., C24-492 MJP.

The clerk is ordered to provide copies of this order to all counsel.

Filed June 10, 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2