UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DYLON DYKSTRA,<br><br>                Plaintiff,<br><br>    v.<br><br>THE SHIELD CO. MANAGEMENT, LLC, and DOES 1-20,<br><br>                Defendants. | CASE NO. C23-1908 MJP<br><br>ORDER EXTENDING STAY |

The Court issues this Order further to its Order Granting the Parties' Motion to Stay. (Dkt. No. 16.) The Court's prior Order stayed this action and required the Parties to file a joint status report by May 13, 2024 to update the Court on their efforts to resolve this case. (Id.) Although Defendant The Shield Co. Management, LLC filed a status report, Plaintiff failed to abide by the Court's Order. (See Status Report (Dkt. No. 20.) In its status report, Defendant indicated that the Parties are still engaged in efforts to mediate and that they are "considering several mediators and available dates in the months of July and August, 2024." (Id. at 2.) Defendant requested the Court extend the stay until "early September 2024." (Id.) After being

ORDER EXTENDING STAY - 1

prompted by the Court, Plaintiff filed a status report that omitted any explanation as to why they had not filed a joint status report, but indicated that Plaintiff "consents to the requested stay." (Dkt. No. 22.)

The Court expects the Parties to abide by its Orders, particularly those concerning the scheduling of this case for trial and all interim deadlines. Plaintiff brought this case, and he must demonstrate greater diligence than has been shown to date. Nevertheless, the Court will extend the stay in this case to allow the Parties to complete their efforts to mediate. The Court hereby EXTENDS the stay until September 6, 2024. No further extensions shall be granted. And by no later than September 6, 2024, the Parties must file a joint status report updating the Court on their efforts to mediate and resolve this matter. If the Parties have not resolved the matter by September 6, 2024, then the following deadlines shall apply:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 9/13/2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 9/20/2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 9/27/2024 |

The clerk is ordered to provide copies of this order to all counsel.

Dated June 18, 2024.

Marsha J. Pechman
United States Senior District Judge