Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DYLON DYKSTRA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE SHIELD CO MANAGEMENT, LLC DBA ECOSHIELD MANAGEMENT CO, LLC, an Arizona limited liability corporation; and DOES 1-20,<br><br>Defendants. | No. 2:23-cv-01908-MJP<br><br>**JOINT STATUS REPORT AND STIPULATED MOTION TO REMAND AND [PROPOSED] ORDER** |

Plaintiff Dylon Dykstra and Defendant The Shield Co Management, LLC DBA Ecoshield Management Co (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Status Report and Stipulated Motion to Remand in accordance with the Court's Order Extending Stay, ECF No. 23.

The Parties participated in mediation with Clifford Freed of Washington Arbitration & Mediation Services on August 22, 2024. The Parties agreed to settle the action and executed a CR 2A Agreement outlining the settlement terms. One such settlement term is remand to state court. As such, the Parties respectfully request that this action be remanded to King County Superior Court for completion of a class-wide settlement.

JOINT STATUS REPORT AND STIPULATED MOTION TO REMAND AND [PROPOSED] ORDER - 1

No. 2:23-cv-01908-MJP

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

Respectfully submitted this 6th day of September, 2024.

| EMERY | REDDY PLLC | FISHER & PHILLIPS LLP |

By: */s/ Timothy W. Emery*
By: */s/ Patrick B. Reddy*
By: */s/ Paul Cipriani*
    Timothy W. Emery, WSBA #34078
    Patrick B. Reddy, WSBA #34092
    Paul Cipriani Jr., WSBA #59991
    600 Stewart Street, Suite 1100
    Seattle, WA  98101-1269
    Telephone:  (206) 442-9106
    Facsimile:  (206) 441-9711
    Email:   emeryt@emeryreddy.com
             reddyp@emeryreddy.com
             paul@emeryreddy.com

*Attorneys for Plaintiff*

By: */s/ Matthew Macario*
By: */s/ Sieu K. Che*
    Matthew Macario, WSBA # 26522
    Sieu K. Che, WSBA #40422
    1700 7th Ave., Suite 2200
    Seattle, WA  98101
    Telephone:  (206) 682-2308
    Facsimile:  (206) 682-7908
    Email:   mmacario@fisherphillips.com
             sche@fisherphillips.com

*Attorneys for Defendant*

JOINT STATUS REPORT AND STIPULATED MOTION
TO REMAND AND [PROPOSED] ORDER - 2

No. 2:23-cv-01908-MJP

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

**[PROPOSED] ORDER**

Upon consideration of the Parties' Stipulated Motion to Remand, the Court finds that good cause exists to remand this action to King County Superior Court.

It is hereby ORDERED that this Stipulated Motion to Remand is GRANTED and that this action be remanded to King County Superior Court.

Dated this 10th day of September, 2024.

Marsha J. Pechman
United States Senior District Judge

Presented by:

| EMERY | REDDY PLLC | FISHER & PHILLIPS LLP |
|---|---|
| By: */s/ Timothy W. Emery*<br>By: */s/ Patrick B. Reddy*<br>By: */s/ Paul Cipriani*<br>   Timothy W. Emery, WSBA #34078<br>   Patrick B. Reddy, WSBA #34092<br>   Paul Cipriani Jr., WSBA #59991<br>   600 Stewart Street, Suite 1100<br>   Seattle, WA 98101-1269<br>   Telephone: (206) 442-9106<br>   Facsimile: (206) 441-9711<br>   Email:   emeryt@emeryreddy.com<br>              reddyp@emeryreddy.com<br>              paul@emeryreddy.com<br><br>*Attorneys for Plaintiff* | By: */s/ Matthew Macario*<br>By: */s/ Sieu K. Che*<br>   Matthew Macario, WSBA # 26522<br>   Sieu K. Che, WSBA #40422<br>   1700 7th Ave., Suite 2200<br>   Seattle, WA 98101<br>   Telephone: (206) 682-2308<br>   Facsimile: (206) 682-7908<br>   Email:   mmacario@fisherphillips.com<br>              sche@fisherphillips.com<br><br>*Attorneys for Defendant* |

JOINT STATUS REPORT AND STIPULATED MOTION
TO REMAND AND [PROPOSED] ORDER - 3

No. 2:23-cv-01908-MJP

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711